UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 09-cr-111-02-JD

<u>Ariel Mentor</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted in part; trial is continued to the two-week period beginning October 20, 2009. Trial is also continued as to co-defendant Reyes-Paez unless an objection is filed by August 12, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                             <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                             Joseph A. DiClerico, Jr.
                                                             United States District Judge

Date: August 7, 2009

cc:   John Pendleton, Esq.
       Richard Monteith, Jr., Esq.
       Terry Ollila, Esq.
       U.S. Marshal
       U.S. Probation