UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-111-02-JD

<u>Ariel Mentor</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 31) filed by defendant is granted; continuance is limited to 60 days.  The Court was notified that co-defendant Blas Seferino Reyes-Paez assented to the Motion to Continue, therefore, trial is also continued as to co-defendant Reyes-Paez.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                      ***/s/ Joseph A. DiClerico, Jr.***
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date: October 5, 2009

cc:   John Pendleton, Esq.
       Richard Monteith, Esq.
       U.S. Marshal
       U.S. Probation
       Terry Ollila, Esq.