```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                    Criminal No. 09-cr-111-02-JD

<u>Ariel Mentor</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 36) filed by defendant Mentor is granted; Trial is continued as to Defendants Ariel Mentor and Blas Seferino Reyes-Paez to the two-week period beginning February 17, 2010, 9:30 AM.

    Defendant Mentor shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                     <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                     Joseph A. DiClerico, Jr.
                                     United States District Judge

Date:  November 20, 2009

cc:  Richard Monteith, Jr., Esq.
     John Pendleton, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation